JOHN H. STEVENSON, Respondent-Appellant, v. GEORGE E. ILLIG, Appellant, and ST. JOHN THE BAPTIST ROMAN CATHOLIC CONGREGATION, Respondent.— ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ All concur. Motion to dismiss appeal from judgment dismissing the complaint against

defendant St. John the Baptist Roman Catholic Congregation denied as academic. (Appeal from a judgment for plaintiff against defendant Illig in an automobile negligence action; also appeal by plaintiff from that part of the judgment which dismisses plaintiff's complaint as to defendant church.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.